UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC., <br>                   Plaintiffs, <br>    v. <br> SVS VISION HOLDING CO., <br>                   Defendant. | Civil Action No. 07-803 |

## RULE 7.1 DISCLOSURE STATEMENTS FOR ASPEX EYEWEAR, INC. AND CONTOUR OPTIK, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Aspex Eyewear, Inc. and Contour Optik, Inc. certifies that there are no corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

Respectfully submitted,

Dated:   December 13, 2007         By:   _/s/ Arthur G. Connolly III_
                                                  Arthur G. Connolly III (No. 2667)
                                                  Connolly Bove Lodge & Hutz LLP
                                                  1007 N. Orange Street
                                                  P.O. Box 2207
                                                  Wilmington, DE  19899
                                                  Tel:    302.658.9141
                                                  Fax:   302.658.5614
                                                  E-mail:  AConnollyIII@cblh.com

                                                  *Attorneys for Plaintiffs Aspex Eyewear, Inc. and*
                                                  *Contour Optik, Inc.*

OF COUNSEL TO
Stephen F. Roth
Steven L. Procaccini
LERNER, DAVID, LITTENBERG,
   KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel: 908.654.5000; Fax: 908.654.7866
E-mail:  sroth@ldlkm.com
           sprocaccini@ldlkm.com
           litigation@ldlkm.com