UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC.,

    Plaintiffs,

v.

SVS VISION HOLDING, CO.,

    Defendant.

Case No. 1:07-cv-00803-GMS

JURY TRIAL DEMANDED

### ENTRY OF APPEARANCE

Please enter the appearance of Candice Toll Aaron and Michael R. Robinson of Saul Ewing LLP as counsel for Defendant SVS Holding Co. ("SVS"). This notice and entry of appearance is without waiver of any defenses of SVS to jurisdiction, venue, right to jury trial or any other procedural or substantive right.

Dated: January 2, 2008

**SAUL EWING LLP**

    /s/ Michael R. Robinson
Candice Toll Aaron (DE ID # 4465)
Michael R. Robinson (DE ID #4452)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:   (302) 421-6800
Facsimile:   (302) 421-6813
Email: caaron@saul.com
        mrobinson@saul.com
*Counsel for Defendant SVS Vision Holding Co.*

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, Esquire, hereby certify that on this 2nd day of January, 2008, I caused to be electronically filed a true and correct copy of the foregoing *Entry of Appearance on Behalf of Defendant SVS Vision Holding Co.* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons by U.S. Mail:

Arthur G. Connolly III (No. 2667)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: (302) 658-9194
Fax: (302) 658-5614
E-Mail: AConnollyIII@cblh.com

Stephen F. Roth, Esquire
Steven L. Procaccini, Esquire
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Phone: (908) 654-5000
Fax: (908) 654-7866
E-Mail: sroth@ldlkm.com
       sprocaccini@ldlkm.com
       litigation@ldlkm.com

                                      /s/ Michael R. Robinson
                                  Michael R. Robinson (DE # 4452)
                                  222 Delaware Avenue, Suite 1200
                                  P.O. Box 1266
                                  Wilmington, DE 19899-1266
                                  Telephone:   (302) 421-6800
                                  Facsimile:   (302) 421-6813
                                  Email: mrobinson@saul.com
                                  *Counsel for Defendant SVS Vision Holding Co.*