UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SVS VISION HOLDING, CO., <br><br> Defendant. | Case No. 1:07-cv-00803-GMS <br><br><br> JURY TRIAL DEMANDED |

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant SVS Vision Holding Company, by and through its undersigned attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

SAUL EWING LLP

By: /s/ Michael R. Robinson
Candice Toll Aaron (DE ID# 4465)
Michael R. Robinson (DE ID # 4452)
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Phone: (302) 421-6800
Fax: (302) 421-6813
caaron@saul.com
mrobinson@saul.com

*of counsel:*

CLARK HILL PLC
David D. Grande-Cassell (MI ID # P49359)
Aaron O. Matthews (MI ID # P64744)
212 East Grand River Avenue
Lansing, Michigan 48906
Phone: (517) 318-3100
*Attorneys For Defendant SVS Vision Holding Co.*

Dated: January 3, 2008

554992.1 1/3/08

**CERTIFICATE OF SERVICE**

I, Michael R. Robinson, Esquire, hereby certify that on this 3rd day of January, 2008, I caused to be electronically filed a true and correct copy of the foregoing *Defendant's Rule 7.1 Corporate Disclosure Statement* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons in the manner indicated:

**VIA CM/ECF and HAND DELIVERY:**

Arthur G. Connolly III (No. 2667)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
Phone:  (302) 658-9194
Fax:  (302) 658-5614
E-Mail:  AConnollyIII@cblh.com

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

Stephen F. Roth, Esquire
Steven L. Procaccini, Esquire
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ  07090
Phone:  (908) 654-5000
Fax:  (908) 654-7866
E-Mail:  sroth@ldlkm.com
         sproaccini@ldlkm.com
         litigation@ldlkm.com

    /s/ Michael R. Robinson
Michael R. Robinson (DE # 4452)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
Telephone:    (302) 421-6800
Facsimile:    (302) 421-6813
Email: mrobinson@saul.com
*Counsel for Defendant SVS Vision Holding Co.*

554992.1 1/3/08