UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC., | |
| Plaintiffs, | Case No. 1:07-cv-00803-GMS |
| v. | JURY TRIAL DEMANDED |
| SVS VISION HOLDING, CO., | |
| Defendant. | |

### ENTRY OF APPEARANCE

Please enter the appearance of Candice Toll Aaron of Saul Ewing LLP as counsel for Defendant SVS Holding Co. ("SVS"). This notice and entry of appearance is without waiver of any defenses of SVS to jurisdiction, venue, right to jury trial or any other procedural or substantive right.

Dated: January 24, 2008

**SAUL EWING LLP**

/s/ Candice Toll Aaron
Candice Toll Aaron (DE ID # 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:  (302) 421-6800
Facsimile:  (302) 421-6813
Email: caaron@saul.com

*Counsel for Defendant SVS Vision Holding Co.*

## **CERTIFICATE OF SERVICE**

I, Candice Toll Aaron, Esquire, hereby certify that on this 24th day of January, 2008, I caused to be electronically filed a true and correct copy of the foregoing *Entry of Appearance on Behalf of Defendant SVS Vision Holding Co.* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons by U.S. Mail:

Arthur G. Connolly III (No. 2667)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: (302) 658-9194
Fax: (302) 658-5614
E-Mail: AConnollyIII@cblh.com


Stephen F. Roth, Esquire
Steven L. Procaccini, Esquire
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Phone: (908) 654-5000
Fax: (908) 654-7866
E-Mail: sroth@ldlkm.com
　　　　sprocaccini@ldlkm.com
　　　　litigation@ldlkm.com

　　　　　　　　　　　　　　　　　　SAUL EWING LLP


　　　　　　　　　　　　　　　　　　/s/ Candice Toll Aaron
　　　　　　　　　　　　　　　　　　Candice Toll Aaron (DE ID # 4465)
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1200
　　　　　　　　　　　　　　　　　　P.O. Box 1266
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1266
　　　　　　　　　　　　　　　　　　Telephone:　(302) 421-6800
　　　　　　　　　　　　　　　　　　Facsimile:　(302) 421-6813
　　　　　　　　　　　　　　　　　　Email: caaron@saul.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendant SVS Vision Holding Co.*

555855.1 1/24/08