UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC., | : <br> : Civil Action No. 07-cv-00803(GMS) <br> : |
| Plaintiffs, | : |
| v. | : <br> : |
| SVS VISION HOLDING CO., | : <br> : |
| Defendant. | x |

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the joint request by both parties for entry of this Stipulation of Dismissal With Prejudice, the parties having agreed to amicably resolve this dispute in a separate settlement agreement, and for good cause shown:

IT IS ORDERED that:

1. The claims of plaintiffs are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. The Court shall retain jurisdiction to enforce the settlement agreement between the parties; and

3. All parties shall bear their own costs and attorney fees.

| For Plaintiffs: | For Defendant: |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Michael R. Robinson |
| Arthur G. Connolly III (No. 2667) | Michael R. Robinson (No. 4452) |
| Connolly Bove Lodge & Hutz LLP | Saul Ewing, LLP |
| 1007 N. Orange Street | 222 Delaware Avenue, Suite 1200 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Tel:  302.658.9141 | Tel:  302.421.6800 |
| Fax:  302.658.5614 | Fax:  302.421.6813 |
| E-mail: AConnollyIII@cblh.com | E-mail: mrobinson@saul.com |