AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>07cv803 | DATE FILED<br>12/10/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Aspex Eyewear Inc.<br>Contour Optik Inc. | | DEFENDANT<br>SVS Vision Holdings Co. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US RE37,545 E | 2/12/02 | Contour Optik Inc.; Asashi Optical Co., Ltd. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

*See attached*

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Marie McDavid* | DATE<br>5/20/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SVS VISION HOLDING CO., <br><br> Defendant. | : <br> : Civil Action No. 07-cv-00803(GMS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> x |

### STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the joint request by both parties for entry of this Stipulation of Dismissal With Prejudice, the parties having agreed to amicably resolve this dispute in a separate settlement agreement, and for good cause shown:

IT IS ORDERED that:

1. The claims of plaintiffs are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. The Court shall retain jurisdiction to enforce the settlement agreement between the parties; and

3. All parties shall bear their own costs and attorney fees.

| For Plaintiffs: | For Defendant: |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Michael R. Robinson |
| Arthur G. Connolly III (No. 2667) | Michael R. Robinson (No. 4452) |
| Connolly Bove Lodge & Hutz LLP | Saul Ewing, LLP |
| 1007 N. Orange Street | 222 Delaware Avenue, Suite 1200 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Tel:   302.658.9141 | Tel:   302.421.6800 |
| Fax:  302.658.5614 | Fax:  302.421.6813 |
| E-mail: AConnollyIII@cblh.com | E-mail: mrobinson@saul.com |